# Houser *v.* Kime, Appellant.

*Justice of the peace—Certiorari—Appeals—Jurisdiction—Records—Depositions.*

No appeal lies from an order of the Common Pleas affirming the judgment of a justice of the peace on certiorari, where the record proper shows that the justice had jurisdiction of the parties and the cause of action, under the Act of March 20, 1810, P. L. 208.

Depositions taken to show want of jurisdiction of the justice, are not a part of the record.

Argued March 9, 1910. Appeal, No. 20, March T., 1901, by defendant, from judgment of C. P. Lackawanna Co., Jan. T., 1909, No. 387, affirming judgment of justice of the peace in case of E. B. Houser v. W. H. Kime. Before RICE, P. J., HENDERSON, ORLADY, HEAD, BEAVER and PORTER, JJ. Appeal quashed.

Certiorari to justice of the peace.
The opinion of the Superior Court states the case.

*Error assigned* was the judgment of the common pleas

*John F. Murphy*, for appellant.

*John R. Edwards*, for appellee.

PER CURIAM, April 11, 1910:

The transcript of the justice of the peace and his return to the suggestion of diminution of record show that the action was assumpsit "to recover $5.00 due from defendant to plaintiff under promise to pay for window broken on plaintiff's premises." The depositions submitted to the court below, ostensibly, to show want of jurisdiction in the justice of the peace, are no part of the record brought up with this appeal: Crumley v. Crescent Coal Co., 13 Pa. Superior Ct. 231; Wyatt v. Szymanski, 38 Pa. Superior Ct. 525. As the record proper shows

that the justice had jurisdiction of the parties and the cause of action, under the Act of March 20, 1810, P. L. 208, 5 Sm. L. 161, there is no room for argument that the provision of sec. 22 of the same act relative to the finality of the judgment of the common pleas upon certiorari to a justice of the peace in such a case does not apply.

The appeal is quashed.